**Demetrius REYNOLDS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 98882.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 24, 2013.

Andrew E. Zleit, St. Louis, MO, for appellant.

Chris Koster, Daniel N. McPherson, Jefferson City, MO, for respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Demetrius Reynolds appeals from the denial of his Rule 29.15 post-conviction relief motion after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).